# Court of Appeals
# of the State of Georgia

ATLANTA,  January 05, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0122. CHAMBERS v. CANNON et al.

On January 2, 2026, Steven Chambers filed a motion in this Court pursuant to Rule 40(c), seeking this Court issuance of a writ of mandamus and to order the trial court to rule on certain pre-trial motions and/or stay of the proceedings. The motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/05/2026*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*